UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                                                  CHAPTER 13

STACY L. COOK                                                  CASE NO. 12-83974

### NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**     Wells Fargo Home Mortgage          **Court claim #:** 5

**Last four digits** of any number used to identify the debtor's account: 3319

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $1221.35 |
| Amount Paid by Trustee | $1221.35 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☒   Thru the Chapter 13 Plan          ☐   Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  9/12/2016                          /s/Lydia S. Meyer
                                           Lydia S. Meyer, Trustee
                                           308 W. State St., Suite 212
                                           Rockford, IL  61101

Certificate of Service
    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 12th Day of September, 2016.

Dated:  9/12/2016                          /s/Cynthia K. Burnard

WELLS FARGO HOME MORTGAGE
1 HOME CAMPUS
X2302-041
DES MOINES, IA 50306

WFHM
4101 WISEMAN BLVD., #MC-T
SAN ANTONIO, TX  78251

ATTORNEY ANDREW NELSON
PIERCE & ASSOCIATES, PC
1 NORTH DEARBORN SUITE 1300
CHICAGO, IL 60602

WELLS FARGO BANK NA
4101 WISEMAN BOULEVARD
ATTN: BK DEPT MAC#T7416-023
SAN ANOTNIO, TX 78251

STACY L. COOK
445 LAKE ST.
CRYSTAL LAKE, IL  60014

GERACI LAW LLC
55 E. MONROE STREET, #3400
CHICAGO, IL  60603